```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

**HENRY M. SHAKAYE**                                                **PLAINTIFF**

VS.                                    CIVIL ACTION NO. 3:05CV361–WHB–JCS

**ERIE COUNTY COMMON PLEAS COURT**                                  **DEFENDANTS**
**OF ROBERT DELAMATRE, ET AL**

---

## FINAL JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about June 13, 2006, and the Court, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 28th day of July, 2006.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE